AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Scott, et al

v.

MGI America, Inc., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 2001

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant Trump Indiana, Inc.'s motion for summary judgment is GRANTED.

**DOCKETED**
JUN 2 5 2001

Michael W. Dobbins, Clerk of Court

Date: 6/19/2001

*Jerry Perdue* (signature)
Terry Perdue, Deputy Clerk