(#205391)WJJ/rr/00037

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUSSELL A. SCOTT and LAUREN SCOTT, ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | No. 00 C 2001 |
| ) | |
| TRUMP INDIANA, INC., a corporation; LOLA ) | |
| CRANE RENTAL COMPANY, a corporation, and ) | |
| MARK NICHOLS, ) | |
| ) | |
| Defendants-Appellees. ) | |
| ———————————— ) | |
| ) | |
| MGI AMERICA, INC., a corporation, d/b/a TOTAL ) | Judge Nordberg |
| MARINE SAFETY CENTER; TRUMP INDIANA, ) | |
| INC., a corporation; LOLA CRANE RENTAL ) | Magistrate Judge Ashman |
| COMPANY, a corporation; and MARK NICHOLS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Russell A. Scott and Lauren Scott, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order dated February 22, 2001 by the Honorable John A. Nordberg granting summary judgment to defendants Lola Crane Rental Company and Mark Nichols, and from the order entered June 19, 2001 by the Honorable John A. Nordberg granting the motion of defendant Trump Indiana, Inc. for summary judgment said latter order disposing of all issues as to all parties in this case, the clerk having entered judgment on the docket on June 25, 2001.

PAID
JUL 1 9 2001

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

_____
One of the Attorney for Plaintiffs
William J. Jovan, Esq.
*NOLAN LAW GROUP*
20 North Clark Street - 30th Floor
Chicago, Illinois 60602
312.630.4000

